|   |   |
|---|---|
| 1 | Angelique Clark |
|   | P.O. Box 50070 |
| 2 | Sparks, Nevada 89435 |
|   | 775-6267083 |
| 3 |   |
| 4 | **Trustee** |



RECEIVED AND FILED

03 APR 21 AM 11: 11

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

RE:                                          Chapter 7
                                             Case No.:  00-30531

McKAY, BETTY LORAINE
dba AKA BETTY GONZALES
                                             **NOTICE OF UNCLAIMED FUNDS**
        Debtor(s)
_____/

TO THE CLERK, U.S. BANKRUPTCY COURT:

   Please find attached hereto Check No. 115 in the amount of $21,120.27 representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The names(s) and Address(es) of the claimants entitled to said dividend(s) is ( are ) as follows:

| Claim No. | Name and Address of Claimant | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| 5 | Arizona Bank<br>P.O.Box 3019<br>Tucson, AZ 85702 | $4000.00 | $1,939.42 |
| 9 | Mountain Meadows Medical<br>1067 4th Street<br>So. Lake Tahoe, CA 96150 | $373.00 | $180.85 |
|   |   |   | $2,120.27 |

March 27, 2003

_____
Angelique L Clark- Bankruptcy Trustee

$2120.27  #6643